ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone:  (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Juan Mancia

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JUAN MANCIA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | CASE NO. CV 23-09640-AJR<br><br>~~[PROPOSED]~~ ORDER AWARDING ATTORNEY'S FEES PURSUANT  TO TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of FIVE -THOUSAND FIVE-HUNDRED DOLLARS and NO CENTS ($5,500.00) as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: 5/29/2024        _____

UNITED STATES MAGISTRATE JUDGE

1